FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 OCT 19 PM 12:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:06CR3143 |
| LUKE J. GOERING, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Request for Hearing and Order under seal. The Clerk shall provide a copy of the Order to defense counsel and Pretrial Services.

DATED this ___ day of October, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge